UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARA L. PARKS,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | Case No. C12-431-RSL-BAT<br><br>**REPORT AND RECOMMENDATION** |

Tara L. Parks seeks review of the denial of her Disability Insurance Benefits application. Dkt. 3.  The parties stipulate the case should be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 21.  On remand, the ALJ will elicit additional testimony from a vocational expert, and, if necessary, resolve any conflict between the vocational expert's testimony and the *Dictionary of Occupational Titles*.  Ms. Parks may submit additional evidence and arguments to the ALJ.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further

///

REPORT AND RECOMMENDATION - 1

1  administrative proceedings.  A proposed order accompanies this Report and Recommendation.

2  DATED this 3rd day of August, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2