UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARA L. PARKS,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | Case No. C12-431-RSL<br><br>**REPORT AND RECOMMENDATION FOR ATTORNEY FEES, EXPENSES, AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon plaintiff's Motion for Attorney Fees, Expenses and Costs Under the Equal Access to Justice Act (Dkt. 25), plaintiff's Contract for Attorney Representation in Federal Court (Dkt. 25, ex. F), and defendant's response of no opposition to the motion (Dkt. 27), the Court recommends plaintiff's motion be **GRANTED**.  Attorney's and paralegal's fees in the amount of $3,432.01 and expenses in the amount of $17.25 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); and costs in the amount of $8.75 pursuant to 28 U.S.C. § 1920; 31 U.S.C. §1304(a), shall:

(1)     Be awarded to plaintiff pursuant to *Astrue v. Ratliff*, – U.S. –, 130 S. Ct. 2521 (2010) and delivered to plaintiff's counsel, Robert A. Friedman; however,

(2)     If the U.S. Department of the Treasury determines that plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of

the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to plaintiff's attorney, Robert A. Friedman, based upon plaintiff's assignment of these amounts to him.

Because plaintiff's motion is unopposed, the Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order payment of attorney fees, costs, and expenses. A proposed order accompanies this Report and Recommendation.

DATED this 30th day of November, 2012.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge