UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TARA L. PARKS,

                Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C12-431-RSL

**ORDER ON ATTORNEY FEES**

The Court, after careful consideration of the plaintiff's motion for attorney fees (Dkt. 25), the defendant's response (Dkt. 27), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's motion for attorney fees (Dkt. 25) is **GRANTED**. Attorney's and paralegal's fees in the amount of $3,432.01 and expenses in the amount of $17.25 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); and costs in the amount of $8.75 pursuant to 28 U.S.C. § 1920; 31 U.S.C. §1304(a), are awarded to plaintiff pursuant to *Astrue v. Ratliff*, – U.S. –, 130 S. Ct. 2521 (2010) and delivered to plaintiff's counsel, Robert A. Friedman; however, if the U.S. Department of the Treasury determines that plaintiff's EAJA fees, expenses,

ORDER ON ATTORNEY FEES - 1

and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to plaintiff's attorney, Robert A. Friedman, based upon plaintiff's assignment of these amounts to him.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

Dated this 5th day of December, 2012.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER ON ATTORNEY FEES - 2